IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD K PETERSON,   No C-10-3405 VRW (PR)

        Plaintiff,

        v   ORDER OF TRANSFER

LAURA MICHELLE PETTY, Esq,

        Defendant(s).

_____/

        Plaintiff, a prisoner incarcerated at San Quentin State Prison, has filed a pro se civil rights complaint under 42 USC § 1983 against an attorney who represented him during criminal proceedings that took place in Solano County superior court.  See Doc #1.

        A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendant named resides, in the County of Solano, which lies within the venue of the Eastern District of California.  See 28 USC § 84(b).  Venue therefore properly lies in the Eastern District.  See id § 1391(b).

//

1      In the interest of justice and pursuant to 28 USC §
2 1406(a) IT IS ORDERED that this action be TRANSFERRED to the United
3 States District Court for the Eastern District of California.
4      The clerk shall transfer this matter and terminate all
5 pending motions as moot.

8      IT IS SO ORDERED.

```
                                    VAUGHN R WALKER
                                    United States District Chief Judge
```

27 G:\PRO-SE\VRW\CR.10\Peterson-10-3405-transfer to caed.wpd